**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 W. JOHN FAIRBANKS,

                                            Plaintiff,

            -against-                                                    25 **CIVIL** 10451 (KMW)

                                                                         **JUDGMENT**

U.S. GOVERNMENT,

                                            Defendants.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 5, 2026, the Court has dismissed this complaint as

frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i). The Court certifies under 28 U.S.C. § 1915(a)(3)

that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis

status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-

45 (1962); accordingly, the case is closed.

**Dated:** New York, New York

        March 8, 2026

                                                        **TAMMI M. HELLWIG**
                                            _____
                                                        **Clerk of Court**

                                    **BY:**          K. mango
                                            _____
                                                        **Deputy Clerk**